# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  10−36888−KRH
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raquel Romero
3115 N. Parham Rd
Henrico, VA 23294

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7869

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 11, 2011 dismissing the above−captioned case.

Dated:   July 11, 2011                                           For the Court,

[VAN015vDec2009.jsp]                                             William C. Redden, Clerk
                                                                 United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Raquel Romero  
      Debtor

Case No. 10-36888-KRH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: kobusk     Page 1 of 2     Date Rcvd: Jul 11, 2011  
                     Form ID: VAN015    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2011.

```
db           +Raquel Romero,    3115 N. Parham Rd,    Henrico, VA 23294-4408
9993179       Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
9993180      +Allianceone,    1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
9993181      +Allstate Fire and Casualty Ins,    PO Box 3589,    Akron, OH 44309-3589
9993182      +Bruce E. Johnson, MD,    7605 Forest Ave,    Suite 316,    Henrico, VA 23229-4900
9993183       Cavalier,    3300 North Pace Boulevard,    Pensacola, FL 32505-5148
9993184      +Clavis A. Smith,    11520 Nuckols Road,    Suite 112,    Glen Allen, VA 23059-2558
10236877     +Clavis A. Smith c/o William K. Grogan & Assoc.,    203 E Cary St. Suite #125,
               Richmond VA 23219-3797
9993186     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,    PO Box 26666,    Richmond, VA 23261-0000)
9993188      +DT Credit Company, LLC,    5300 Midlothian Turnpike,    Richmond, VA 23225-6215
9993190     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court: Focused Recovery Solut,    9701 Metropolitan Ct Ste,
               Richmond, VA 23236-0000)
9993189      +Federal Credit Corp,    Po Box 599,    Colleyville, TX 76034-0599
10046674      HENRICO DOCTORS HOSPITAL,    c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
9993191      +Henrico Doctor's Hosp - Forest,    PO Box 99587,    Louisville, KY 40269-0587
9993192      +J William King,    2507 E. Broad Street,    Richmond, VA 23223-7379
9993193      +Leland Scott & Associa,    Po Box 153100,    Arlington, TX 76015-9100
9993195      +Meta Bank-loc/ Money Power line of credi,    Jackson Hewitt I Power Card,    Po Box 71402,
               Salt Lake City, UT 84171-0402
9993197      +Miramedrg,    991 Oak Creek Dr,    Lombard, IL 60148-6408
9993198      +NCO,    Po Box 790113,    St. Louis, MO 63179-0113
9993201      +Republic Bank,    Tax Refund Solutions,    200 S. 7th Street,    Louisville, KY 40202-2739
9993202      +The City of Richmond,    Department of Utilities,    730 E. Broad Street, 5th Floor,
               Richmond, VA 23219-1861
10169886     +The Debt Law Group, PLLC,    P.O. Box 5928,    Glen Allen, VA 23058-5928
9993203      +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
9993204      +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
10236960     +VAC LLLP t/a Cardinal Forest Apts. c/o,    William K. Grogan & Assoc.,    203 E Cary St. Suite #125,
               Richmond VA 23219-3797
10236970     +VAC LLLP t/a London Towne Apts. c/o,    William K. Grogan & Assoc.,    203 E Cary St. Suite #125,
               Richmond VA 23219-3797
9993205      +Virginia Emergency Associates,    PO Box 791178,    Baltimore, MD 21279-1178
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
9993185      +EDI: CCS.COM Jul 12 2011 00:48:00      Credit Collection Services,    Two Wells Avenure,
               Dept 9133,    Newton Center, MA 02459-3208
9993187      +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Jul 12 2011 00:54:01      Dt Credit Co,    Po Box 29018,
               Phoenix, AZ 85038-9018
10235275      EDI: RESURGENT.COM Jul 12 2011 00:48:00      LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
9993194      +EDI: RESURGENT.COM Jul 12 2011 00:48:00      Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
9993196      +EDI: MID8.COM Jul 12 2011 00:48:00      Midland Credit Management,    Po Box 939019,
               San Diego, CA 92193-9019
10015074     +EDI: MID8.COM Jul 12 2011 00:48:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
9993200       EDI: PRA.COM Jul 12 2011 00:48:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541-0000
10066646     +EDI: PRA.COM Jul 12 2011 00:48:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    Norfolk VA 23541-1067
9993199      +EDI: PINNACLE.COM Jul 12 2011 00:48:00      Pinnacle Financial Gro,    7825 Washington Ave S St,
               Minneapolis, MN 55439-2411
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: kobusk              Page 2 of 2              Date Rcvd: Jul 11, 2011
                              Form ID: VAN015           Total Noticed: 36

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                    **Signature:**    /s/ Joseph Speetjens